STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-mj-918-GWF |
| Plaintiff, | |
| v. | |
| MAURICE RASHADD FITZGERALD, | |
| Defendant. | |

### STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America; Rebecca Levy, counsel for Defendant Maurice Rashadd Fitzgerald, that the preliminary hearing for the above-captioned matter, currently scheduled for October 16, 2017, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days.

This stipulation is entered for the following reasons:

1. The parties require additional time to discuss the potential for a pre-Indictment negotiation.

2. The Defendant is in custody, but does not object to the continuance.

3. The parties need additional time to prepare in advance of any preliminary hearing, taking into account due diligence.

4. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

7. This is the first request for a continuance of the preliminary hearing herein.

DATED: October 12, 2017.

___/s/_____         ___/s/_____
CHRISTOPHER BURTON                      REBECCA LEVY, ESQ.
Assistant United States Attorney        Counsel for Defendant FITZGERALD
Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURICE RASHADD FITZGERALD, ) <br> ) <br> Defendants. ) | 2:17-mj-918-GWF <br><br> **ORDER CONTINUING PRELIMINARY HEARING** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for October 16, 2017, at the hour of 4:00 p.m., be vacated and continued to _____November 16_____, 2017 at the hour of _____4:00 p____.m.

Dated: 10/13/2017

_____
UNITED STATES MAGISTRATE JUDGE